229 F.2d 439
 REFINED SYRUPS & SUGARS, Inc., Plaintiff-Appellant,
v.
The TRAVELERS INSURANCE COMPANY, Defendant-Appellee.
 No. 161, Docket 23788.
 United States Court of Appeals Second Circuit.
 Argued Dec. 14 and 15, 1955.
Decided Jan. 11, 1956.
 
 Barry, Treanor, Shandell & Brophy, New York City (James A. Treanor, Jr. and Joseph J. Brophy, New York City, of counsel), for plaintiff-appellant.
 Galli & Locker, New York City (John G. Donovan, New York City, of counsel), for defendant-appellee.
 Before CLARK, Chief Judge, and MEDINA and WATERMAN, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed on opinion below, 136 F.Supp. 907, filed December 15, 1954.